UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.                                    ORDER
                                       Criminal No. 10-173(MJD/JJG)

Kenneth Leon Wilcox,

        Defendant.
_____

The above-entitled matter comes before the Court upon Defendant's objection to the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham dated August 20, 2010.

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based on that review the Court will adopt the Report and Recommendation dated August 20, 2010.

IT IS HEREBY ORDERED that:

1. Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Doc. No. 24] is DENIED AS MOOT; and

2. Defendant's Motion to Suppress Statements, Admissions and

Answers [Doc. No. 25] is DENIED.

Date: September 30, 2010

        s/ Michael J. Davis
        Michael J. Davis
        Chief Judge
        United States District Court

Criminal No. 10-173